UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE RUBIN,<br><br>            Plaintiff,<br><br>   v.<br><br>AK STEEL HOLDING CORPORATION, RALPH S. MICHAEL, III, DENNIS C. CUNEO, SHERI H. EDISON, MARK G. ESSIG, WILLIAM K. GERBER, GREGORY B. KENNY, ROGER K. NEWPORT, DWAYNE A. WILSON, VICENTE WRIGHT, and ARLENE M. YOCUM,<br><br>            Defendants. | Case No. 2:20-cv-10379-BAF-DRG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michelle Rubin ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

Dated:  March 4, 2020

**WEISSLAW LLP**

By /s/ Richard A. Acocelli
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*