UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE RUBIN,

          Plaintiff,

v.

          Case Number 20-cv-10379
          Honorable Bernard A. Friedman

AK STEEL HOLDING, CORP.,
et al.,

          Defendants.
_____/

## ORDER OF VOLUNTARY DISMISSAL

On March 5, 2020, Plaintiff filed a notice of voluntary dismissal of its claims against the defendants [ECF No. 3]. The defendants have not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *with prejudice*.

Dated: March 5, 2020
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge